1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. DEAN, | ) | No. C 09-5223 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY GROUNDS, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

12

13

14

15

16

17

        The Court has dismissed the instant petition for a writ of habeas corpus as duplicative.

18

The Clerk shall close the file.

19

        IT IS SO ORDERED.

20

DATED: __11/8/10_____                    _____

                                                 *Lucy H. Koh*

21                                               LUCY H. KOH
                                                 United States District Judge

22

23

24

25

26

27

28

Judgment
P:\PRO-SE\SJ.LHK\HC.09\Dean223jud.wpd